**UNITED STATES DISTRICT COURT**             **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| REMA CHARLES WOLF, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | CIVIL ACTION No. 1:20-CV-00465 |
| | § | |
| CITY OF PORT ARTHUR, et al., | § | |
| | § | |
| Defendants. | § | |
| | § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On November 13, 2020, the court referred this case to the Honorable Zack Hawthorn, United States Magistrate Judge, for all pretrial matters pursuant to a standing order.  Pending before the court is Plaintiff Rema Charles Wolf's "Motion for Final Order of Dismissal."  Doc. No. 10.  In her motion, Wolf requested that her complaint against all Defendants be dismissed without prejudice.  *See* FED. R. CIV. P. 41(a)(1)(A)(ii).  The court has received and considered the report (Doc. No. 11) of the magistrate judge, who recommends that the court grant Wolf's motion.  No objections to the report and recommendation have been filed, and the time for doing so has passed.

It is therefore **ORDERED** that the report and recommendation of the magistrate judge (Doc. No. 11) is **ADOPTED**.  Plaintiff Rema Charles Wolf's "Motion for Final Order of Dismissal" (Doc. No. 10) is **GRANTED**.

SIGNED at Beaumont, Texas, this 20th day of October, 2021.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE